OCTOBER 30, 2000

No. 99–1489. RAQUEL v. EDUCATION MANAGEMENT CORP. ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and

case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States, as *amicus curiae*, filed September 20, 2000, and the Copyright Office's July 5, 2000, Statement of Policy, 65 Fed. Reg. 41508.